IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHEILA SMALL,

    Plaintiff,

vs.                                                                          Civ. No. 98-953 MV/WWD ACE

PLAINS REGIONAL MEDICAL CENTER -
CLOVIS, a division of Presbyterian
Healthcare Services,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court as the result of an *in camera* inspection conducted by the undersigned with respect to Plaintiff's request for production no. 2. I have reviewed 430 pages which comprise Monty Owens' personnel file, Monty Owens' health file, administrator's desk file on Monty Owens, and confidential severance file on Monty Owens. The copy of Monty Owens' personnel file, consisting of 276 pages, should be produced to Plaintiff forthwith. No production shall be required with respect to Monty Owens' health file, administrator's desk file on Monty Owens, and the confidential severance file on Monty Owens.

    Discovery shall proceeding in accordance with the foregoing.

    **IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE